UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATING & COOLING SUPPLY, LLC, *a Limited Liability company*,<br><br>　　　　　Plaintiff,<br>v.<br><br>COVE COMMUNITY DEVELOPMENT, INC., *a Delaware corporation*, COVE COMMERCIAL PARTNERS, LLC, *a California limited liability company*, CONNELLY CONSTRUCTION/MECHANICAL, INC., *a California corporation*, DONALD M. CONNELLY, *an individual*, and LA JOLLA BANK, *a California corporation*, and DOES 1-100 *inclusive,*<br><br>　　　　　Defendants. | Civil No. 3:10-cv-02220 AJB (WMC)<br><br>ORDER GRANTING JOINT MOTION TO REMAND |

It is hereby ORDERED that the joint motion of Plaintiff Heating & Cooling Supply, LLC and La Jolla Bank to remand the action is GRANTED. This action is hereby REMANDED to the Superior Court of California for the County of San Diego.

IT IS SO ORDERED.

DATED: August 24, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　U.S. District Judge